452 A.2d 1015

COMMONWEALTH of Pennsylvania

v.

Robert A. CARL, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1982.

Decided Dec. 10, 1982.

Harry V. Klein, Jr., Sunbury (Court-appointed), for appellant.

James J. Rosini, District Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.